IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 99-0349 VRW |
|     Plaintiff, | ORDER |
|     v | |
| MAURICE PIERRE, | |
|     Defendant. | |
| _____/ | |

On November 8, 2005, the United States Probation Office filed a "Form 12" petition charging parolee Maurice Pierre with refusing to submit to DNA testing, in violation of the conditions of his supervised release.  Doc #85.

//
//
//
//
//
//
//

Pierre has since agreed to submit to DNA testing and, consequently, when the matter came before the court on January 24, 2006, the parties stipulated to dismissal of the petition.

Accordingly, the petition is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge